Submitted February 9, 1976.

Order affirmed.

373 A.2d 1128

Commonwealth v. Johnson, Appellant.

Basil G. Russin, Assistant Public Defender, for appellant; William J. Perrone, First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1128

Commonwealth v. Johnson, Appellant.

Submitted September 22, 1976. Reginald L. Sydnor, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.